UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
MARWA BADR,

                Plaintiff,

      v.

NEW YORK INSTITUTE OF TECHNOLOGY, NYIT-COM
COLLEGE OF OSTEOPATHIC MEDICINE,

                Defendant.
-------------------------------------------------------------------------x

Case No. 2:24-cv-05333 (JMA)(JMW)

**NOTICE OF MOTION TO STAY DISCOVERY**

**PLEASE TAKE NOTICE** that pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and upon the Memorandum of Law in Support of Defendant's Motion to Stay Discovery Pending a Decision on its Motion to Dismiss, Defendant New York Institute of Technology[1] ("NYIT") will move this Court, at the United States Courthouse, located at 100 Federal Plaza, Courtroom 1020, Central Islip, New York 11722, before the Honorable James M. Wicks, U.S.M.J., as soon as counsel may be heard for an Order: (1) staying all discovery pending a final determination on NYIT's motion to dismiss; and (2) awarding NYIT such other and further relief that the Court deems just and proper.

---

[1] NYIT's College of Osteopathic Medicine, incorrectly named here in as "NYIT-COM College of Osteopathic Medicine," is a college within NYIT and is not a separate legal entity.

Dated: New York, New York
April 7, 2025

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendant*

By: _____
Douglas P. Catalano
Stefanie R. Toren
350 Fifth Avenue, 61st Floor
New York, New York 10118
Phone: (212) 687-7410
Facsimile: (212) 687-3285
dpcatalano@cbdm.com
srtoren@cbdm.com
