UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE         DATE: 04/08/2025
                                                     TIME: 9:30 AM
                                                     ☐ SEALED PROCEEDING

### CIVIL CAUSE FOR STATUS CONFERENCE
CASE: 2:24-cv-05333-JMA-JMW-Badr v. New York Institute of Technology et al.

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Stewart Lee Karlin |
| For Defendants: | Stefanie Robin Toren |

Court Reporter/FTR:    9:30-9:39 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒   Status Conference held.

☒   The parties advised the Court of the status of this case. No discovery has taken place.

☒   Counsel for Plaintiff is neither consenting to nor opposing Defendant's Motion to Stay (ECF No. 23). Counsel for Plaintiff also represented he intends to rely on the allegations of the Amended Complaint and will not be seeking further leave to amend. The Court will consider the Motion to Stay as fully submitted. While the Motion to Stay is pending, all dates and deadlines will be held in abeyance.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge