UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | |
|---|---|
| MARWA BADR, | : |
| | : Civil Action No. 24-cv-05333 |
| Plaintiff, | : (JMA)(JMW) |
| | : |
| v. | : **DEFENDANT'S NOTICE OF** |
| | : **MOTION TO DISMISS THE** |
| NEW YORK INSTITUTE OF TECHNOLOGY, | : **CORRECTED AMENDED** |
| NYIT-COM COLLEGE OF OSTEOPATHIC | : **COMPLAINT** |
| MEDICINE, | : |
| | : |
| Defendant. | : |
| | : |

-------------------------------------------------------------x

PLEASE TAKE NOTICE that upon Defendant New York Institute of Technology's[1] ("NYIT") Memorandum of Law in Support of its Motion to Dismiss the Corrected Amended Complaint, the Affirmation of Stefanie Toren, Esq. and the exhibits attached thereto, NYIT will move this Court, before the Honorable Joan M. Azrack, at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be designated by the Court, for an order dismissing Plaintiff's Corrected Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and granting such other and further relief as the Court may deem just and proper.

---

[1] NYIT's College of Osteopathic Medicine, incorrectly named herein as "NYIT-COM College of Osteopathic Medicine," is a college within NYIT and is not a separate legal entity.

Dated: April 25, 2025  
New York, New York

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for Defendant New York Institute of Technology*

By: _____*Stefanie Toren*_____  
　　Douglas P. Catalano, Esq.  
　　Stefanie R. Toren, Esq.  
　　The Empire State Building  
　　350 Fifth Avenue, 61st Floor  
　　New York, New York 10118  
　　(212) 687-7410