```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARWA BADR,                                                :
                                                           :  Civil Action No. 24-cv-05333
                               Plaintiff,                  :  (JMA)(JMW)
                                                           :
          v.                                               :  **AFFIRMATION OF STEFANIE**
                                                           :  **TOREN, ESQ. IN SUPPORT OF**
NEW YORK INSTITUTE OF TECHNOLOGY,                          :  **DEFENDANT'S MOTION TO**
NYIT-COM COLLEGE OF OSTEOPATHIC                            :  **DISMISS THE CORRECTED**
MEDICINE,                                                  :  **AMENDED COMPLAINT**
                                                           :
                               Defendant.                  :
                                                           :
-----------------------------------------------------------x
```

STEFANIE TOREN, an attorney duly admitted to practice law in all the Courts of the State of New York, hereby affirms the following to be true, under the penalties of perjury:

1. I am a partner at the law firm of Clifton Budd & DeMaria, LLP, attorneys for Defendant New York Institute of Technology[1] ("NYIT"). As such, I am familiar with all of the facts and circumstances of this action and submit this affirmation in support of NYIT's motion to dismiss Plaintiff Marwa Badr's ("Plaintiff") Corrected Amended Complaint.

2. A copy of Plaintiff's Corrected Amended Complaint in this action is attached as **Exhibit A**.

3. A copy of NYIT's expulsion letter to Plaintiff, dated March 3, 2022, and specifically referenced in paragraph 14 of the Corrected Amended Complaint, is attached as **Exhibit B**.

---

[1] NYIT's College of Osteopathic Medicine, incorrectly named herein as "NYIT-COM College of Osteopathic Medicine," is a college within NYIT and is not a separate legal entity.

Dated: April 25, 2025
      New York, New York

*Stefanie Toren*
_____
STEFANIE TOREN