**EXHIBIT B**

March 3, 2022

Sarah Adam
███████

███████
PERSONAL AND CONFIDENTIAL

Dear Ms. Adam,

This is the final adjudication for your NYITCOM Professionalism and Ethics Board Hearing held on Tuesday, February 22, 2022, addressing two (2) charges of violating the NYITCOM Student Code of Conduct, specifically:

- **Charge 1** - Participation in Unprofessional Acts –including inappropriate posts on social media and unprofessional behaviors relating to your rotation at Cedar Sinai Medical Center.

- **Charge 2** - Fabrication/Fraud/False Testimony, related to your providing False Information on the NYITCOM Admissions Application in 2017.

Based on the evidence and testimony presented at your hearing, the NYITCOM Professionalism and Ethics Board has found you guilty of violating Charge 1- Participation in Unprofessional Acts. Your performance at your clerkship at Cedar Sinai Medical Center, for which you received a failing grade, was professionally unacceptable in a multitude of respects. The hospital concluded that you showed a "remarkable lack of situational awareness," citing your repeated interruptions of attending physicians, providing incorrect opinions while on patient rounds, failure to attend to your duties during a complicated surgery and disruption of the surgeon, deficient notes, repeated lateness to rounds and cases, and failure to attend your required exit interview. Your unprofessional conduct continued after receiving your failing review from the hospital, with your posting inappropriate disparaging comments about the hospital on social media. Your performance during and after your rotation not only demonstrated your lack of the necessary professional qualifications to be a physician, but also reflected badly on the school. This is not your first offense. You were previously found guilty in March 2021 and Censured through graduation for similar unprofessional conduct at more than one rotation at Catholic Health Care hospitals, resulting in your removal from any future clerkships in the Catholic Health Care system. You were warned at that time that any further violation of the Code of Conduct during your Censure period could result in more severe penalties.

Based upon this pattern of continuous unprofessional behaviors reported from numerous sources, and taking into account the fact that you are already subject to a Censure sanction, the Board has determined, with approval of the Dean and the Executive Vice President, that the appropriate sanction for this repeated violation is **Expulsion** from NYIT College of Osteopathic Medicine.

While we do not need to reach Charge 2, given the sanction of Expulsion for Charge 1, the Board also has found you guilty of providing false information on your 2017 medical school application. You falsely answered "no" to the question whether you had ever been in a U.S. residency program. At the hearing, you admitted that this statement was false, admitting that you had in fact been in a residency program in Atlanta, Georgia, from which you were dismissed. You had no explanation for your false statement on the application, claiming that you had subsequently submitted a resume including the residency, but this resume submission has not been found by either you or the school.

Your **Expulsion** is effective as of the date of this letter.

As defined in the 2021-2022 NYITCOM Student Handbook:

**Expulsion** – Complete termination of student status and academic enrollment for an indefinite period of time. This penalty may be recommended by the Professionalism and Ethics Review Board but shall be imposed only upon approval of the Campus Dean of NYIT College of Osteopathic Medicine. An order of expulsion shall set forth in writing the conditions that will permit readmission, if any. Expulsion becomes part of the student's permanent record.

As indicated in the NYITCOM Student Code of Conduct, you have the right to appeal this decision in writing within three days of your receipt of this decision. Any appeal should be addressed to the Dean of NYITCOM, Dr. Nicole Wadsworth, and is limited to the grounds set forth in the Student Handbook, which is located at:

https://www.nyit.edu/policies/collection/nyitcom_student_handbook

Sincerely,

Mary Ann Achtziger, Chair, NYITCOM Professionalism & Ethics
Board and Associate Dean, Student Administration