# STEWART LEE KARLIN LAW GROUP, P.C.
# ATTORNEYS AT LAW
# 111 JOHN STREET, 22ND FLOOR
# NEW YORK, NEW YORK 10038
# (212) 792-9670/Office
# (212) 732-4443/Fax
# slk@stewartkarlin.com

**MEMBER OF THE BAR**  
**NEW YORK & FLORIDA**

Concentrating in Employment, Education, and Insurance Law

December 8, 2025

**Via ECF**
Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, NY 11722

Re:    Badr v. New York Institute of Technology, et al.
       24-cv-05333 (JMA)(JMW)

Dear Judge Wicks:

This office represents Plaintiff Marwa Badr in the above-referenced matter. Plaintiff respectfully requests, *on consent*, an adjournment of the oral argument that is scheduled for **December 17, 2025, at 11:00 am.** This is Plaintiff's first request for an adjournment.

The request is made as Plaintiff's counsel is due to a conflict in my schedule. Plaintiff's counsel will be attending an oral argument in connection with a cross-motions for summary judgment in **D.B. et al. v. Leon County School Board**, Case No. 4:24-cv-00455-RH-MAF pending in the U.S. District Court in the Northern District of Florida (Tallahassee Division).

Both counsel are available in the weeks of **January 12 and January 19, 2026**, (except January 20, 2026) and Plaintiff respectfully requests that the Court reschedule the oral argument to a mutually convenient date during one of those weeks or a date convenient for the Court.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Stewart Lee Karlin*
Stewart Lee Karlin, Esq.

cc via ECF: Douglas Peter Catalano, Esq. and Stephanie Toren, Esq., Attorneys for Defendants