# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

December 8, 2025

**VIA ECF**
Honorable James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

Re: ***Badr v. New York Institute of Technology, et al.*, 24-cv-05333 (JMA)(JMW)**

Dear Judge Wicks:

This firm represents Defendant New York Institute of Technology[1] ("NYIT") in this action. I write to supplement Plaintiff's counsel's December 8, 2025 letter requesting an adjournment of oral argument scheduled for December 17, 2025. While NYIT consents to Plaintiff's request, I would like to clarify that I am no longer available on January 14, 2026. I am available January 12-13, 15-16, 20-23, 2026.

Thank you for Your Honor's attention to this matter.

Respectfully Submitted,
CLIFTON BUDD & DeMARIA, LLP
*Counsel for NYIT*

By: _____
        Douglas P. Catalano
        Stefanie R. Toren

cc:    Stewart Lee Karlin, Esq.

---

[1] NYIT's College of Osteopathic Medicine, incorrectly named here in as "NYIT-COM College of Osteopathic Medicine," is a college within NYIT and is not a separate legal entity.